IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MISC. CASE # 11 - 166
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FIONA HAVLISH, in her own right )
And as Executrix of the ESTATE OF )
DONALD G. HAVLISH, JR., Deceased, et.al. )  Case No. 15 - 166
)
v. )
)
USAMA BIN LADEN, et. al. )

## WRIT OF EXECUTION

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE:**

To partially satisfy judgment, interest, and costs against Defendants in the above captioned matter, you are directed to attach all funds held by **Wilmington Trust Company, Rodney Square North, 1100 North Market Street, Wilmington, DE 19890**, either for its own account or in its capacity as trustee, agent, or representative of a third-party, in connection with the sale, or attempted sale, of Airbus A320-231 aircraft bearing N-Numbers N644AW (MSN 317), N637AW (MSN 099), and N633AW (MSN 82), as referenced in the United States Department of Commerce (DOC) Bureau of Industry and Security's (BIS) Modification of Temporary Denial Order dated May 21, 2015.

**TO THE WILMINGTON TRUST COMPANY:**

This paper is a Writ of Execution. It has been issued because there is a judgment outstanding against the Defendants in the above-captioned matter, and the Wilmington Trust Company is believed to be in custody or possession of funds, assets, or other property belonging to Defendants. In particular, the United States Department of Commerce (DOC) Bureau of Industry and Security's (BIS) has issued a Modification of Temporary Denial Order, dated May

21, 2015, reporting that the Wilmington Trust Company has received at least $3,436,000 in connection with the sale, or attempted sale, of Airbus A320-231 aircraft bearing N-Numbers N644AW (MSN 317), N637AW (MSN 099), and N633AW (MSN 82), as referenced in Modification of Temporary Denial Order dated May 21, 2015.  BIS reports that such funds are in an amount of no less than $3,436,000, received by Wilmington Trust Company in installments of $450,000, $2,000,000, and $986,000, wired in late February 2015 by Bahar Safwa General Trading, pursuant to a Letter of Intent signed by Ali Abdullah Alhay on October 19, 2014, and subsequent sales agreements dated February 19, 2015.

    The United States District Court for the District of Delaware requires you to inform **David S. Eagle, Esquire and Sally E. Veghte, Esquire, Klehr Harrison Harvey Branzburg LLP, 919 Market Street, Suite 1000, Wilmington, DE  19801, 302-552-5503**, of all money, goods, credits and effects, stock, bonds, personal property, and/or real estate that you hold in connection with the aircraft transactions described above and to do so within 10 days after service of this writ upon you, not counting the day that you received the writ.  Your failure to respond may result in a default judgment against you for the amounts in your custody that the Defendants owe pursuant to the judgment in the above-captioned matter.  You are to hold all funds or other items referenced herein until another order of this Court releases you from this obligation.

    You may have legal rights in connection with this Writ of Execution.  A lawyer can advise you more specifically of these rights.  If you wish to exercise your rights, you must act promptly.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fiona Havlish, et al. | MC 15-166 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| bin Laden, et al. | Writ of Execution - Civil |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wilmington Trust Company

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Rodney Square North, 1100 North Market Street, Wilmington, Delaware 19890

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| David S. Eagle, Esquire and Sally E. Veghte, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                      Fold

| Signature of Attorney other Originator requesting service on behalf of: *Sally E Veghte* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>302-552-5503 | DATE<br>6/24/15 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date | Time | ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

**DISTRIBUTE TO:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13